# EXHIBIT 1



## CT Corporation

**Service of Process Transmittal**
07/30/2018
CT Log Number 533782641

TO: Marcus Sherman, Legal Assistant
Bridge Investment Group LLC
111 E Sego Lily Dr Ste 400
Sandy, UT 84070-4422

RE: **Process Served in North Carolina**

FOR: BRIDGE III NC BEACON HILL, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOSE E RODRIGUEZ CASTILLO, PLTF. vs. BEACON HILL APARTMENTS (OWNED BY BRIDGE III NC BEACON HILL LLC), DFT. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Return, Complaint |
| **COURT/AGENCY:** | Mecklenburg County Superior Court, NC<br>Case # 18CVS14286 |
| **NATURE OF ACTION:** | Complaint regarding Violation of Charlotte Fair Housing Act |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Raleigh, NC |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/30/2018 postmarked on 07/25/2018 |
| **JURISDICTION SERVED:** | North Carolina |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after you have been served |
| **ATTORNEY(S) / SENDER(S):** | JOSE E RODRIGUEZ CASTILLO<br>1800 BEACON RIDGE RD, APT 341<br>CHARLOTTE, NC 28210 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/30/2018, Expected Purge Date: 08/04/2018<br><br>Image SOP<br><br>Email Notification, Marcus Sherman  m.sherman@bridgeig.com<br><br>Email Notification, Maggie Mathwich  m.mathwich@bridgeig.com<br><br>Email Notification, Allison Ramirez  a.ramirez@bridgeig.com |
| **SIGNED:** | CT Corporation System |
| **ADDRESS:** | 160 MINE LAKE CT STE 200<br>Raleigh, NC 27615 |
| **TELEPHONE:** | 954-473-5503 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



Jose Rodriguez
1800 Beacon Ridge Rd #341
Charlotte, NC 28210

Bridge III NC Beacon Hill, LLC
160 Mine Lake Ct, Ste #200
Raleigh, NC 27615

| STATE OF NORTH CAROLINA | File No. 18 CvS 14286 |
|---|---|
| MECKLENBURG County | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

| Name Of Plaintiff |  |
|---|---|
| JOSE E RODRIGUEZ CASTILLO | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| Address |  |
| 1800 BEACON RIDGE RD, APT 341 |  |
| City, State, Zip |  |
| CHARLOTTE  NC  28210 | G.S. 1A-1, Rules 3 and 4 |
| VERSUS |  |
| Name Of Defendant(s) | Date Original Summons Issued |
| BEACON HILL APARTMENTS<br>(Owned by Bridge III NC Beacon Hill, LLC) | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| BEACON HILL APARTMENTS<br>(Owned by Bridge III NC Beacon Hill, LLC)<br>160 Mine Lake Ct Ste 200, Raleigh, NC 27615 |  |

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea Inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued 7-25-18 | Time 10:55 ☒ AM ☐ PM |
|---|---|---|
| 1800 BEACON RIDGE RD, 341<br>CHARLOTTE, NC 28210 | Signature | |
| | ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time ☐ AM ☐ PM |
|---|---|---|
| | Signature | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

| RETURN OF SERVICE | | | |
|---|---|---|---|
| I certify that this Summons and a copy of the complaint were received and served as follows: | | | |

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | BEACON HILL APARTMENTS (Bridge III NC Beacon Hill LLC) |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG  2018 JUL 25 AM 10: 56

FILED

MECKLENBURG COUNTY, C.S.C.

BY_____

IN THE GENERAL COURTS OF JUSTICE

SUPERIOR COURT DIVISION

JOSE E RODRIGUEZ CASTILLO,

Plaintiff,

vs.

BEACON HILL APARTMENTS (OWNED BY BRIDGE III NC BEACON HILL LLC),

Defendant

FILE NUMBER 18 CVS 14286

JURY REQUIRED: NO

COMPLAINT:

I, The Plaintiff (s), complaining of the Defendant(s), say and allege that

1. The Plaintiff is a citizen and resident of MECKLENBURG County, North Carolina.

2. The Defendant is a citizen and resident of MECKLENBURG County, North Carolina.

3. The court has jurisdiction over this matter.

4. (State what the defendant has done to cause damage the damages you are claiming by listing each wrong separately

A) The Plaintiff (JOSE E RODRIGUEZ CASTILLO) is suing the Defendant (BEACON HILL APARTMENTS (Owned by Bridge III NC Beacon Hill LLC) for the following:

B) Violating Article V, Section 12-111(a)(2) of the Charlotte Fair Housing Act by NOT providing "Reasonable Accommodations" to the Plaintiff (JOSE E RODRIGUEZ CASTILLO) due to his physical disability.

C) Violating Title III of the American with Disability Act by NOT providing "Reasonable Accommodations" to the Plaintiff (JOSE E RODRIGUEZ CASTILLO) due to his physical disability.

D) Discriminating and humiliating the Plaintiff (JOSE E RODRIGUEZ CASTILLO) for having a physical disability and NOT being able to comply with the Defendants (BEACON HILL APARTMENTS (Owned by Bridge III NC Beacon Hill LLC) rules and regulations for obtaining a parking sticker.

1. On or around February 2018, the Defendants announced that a parking decal will take into effect on March 1st, 2018.

2. The Defendants communicated their parking sticker enforcement with a physical flyer and email; that every resident is required to have a parking sticker on their vehicle if the resident chooses to park on the Defendant's property. The latest email was sent out on March 7th, 2018 by the Defendants leasing office at Beacon Hill Apartments, informing the residents that this rule was being enforced on March 7th, 2018.

3. The Defendants leasing office at Beacon Hill Apartments explained in the physical flyer and email, that the only way a resident will get a parking sticker is to show proof of car registration with the name matching the lease holder's name.

4. The Plaintiff entered the Defendants leasing office at Beacon Hill Apartments, February 21st, 2018 and asked for a "Reasonable Accommodation" for a parking sticker.

5. The Plaintiff has a physical disability that prohibits the Plaintiff from obtaining a driver's license in the state of North Carolina, and therefore, is unable to also obtain a car registration for himself. The Plaintiff is visually impaired and, therefore, is labeled as legally blind and falls under the protected class of the ADA (Americans with Disability Act.)

6. The Plaintiff asked The Defendants leasing office at Beacon Hill Apartments if he could have a parking decal sticker for his girlfriend's car; because the Plaintiff relies on his girlfriend and her vehicle for the majority of the Plaintiff's transportation.

7. The Defendants leasing office staff at Beacon Hill Apartments denied the Plaintiff a parking sticker because the Plaintiff did not have a car registration under his name; and the only "Reasonable Accommodation" the Defendants leasing office staff at Beacon Hill Apartments offered were: 1) Adding the Plaintiff's girlfriend on the lease agreement, in order to get a parking sticker. 2) Adding the Plaintiff's name on the Plaintiff's girlfriend's car registration, in order to get a parking sticker.

8. Both of those options required the Plaintiff to pay out of pocket and therefore, the Plaintiff believed those options were not "Reasonable Accommodation" for the Plaintiff.

9. The Plaintiff felt humiliated and discriminated for being denied the right for a "Reasonable Accommodation" due to his vision impairment. The Plaintiff felt that the "Reasonable Accommodation" that the Plaintiff requested was not absurd or unreasonable. Furthermore, the "Reasonable Accommodation" would not have caused the Defendant any financial burden.

1. The Plaintiff addressed the issue with the Defendant's leasing office manager and then to the parent company Bridge III NC Beacon Hill, LLC about the matter on February 21st, 2018

2. The plaintiff received a letter from the Defendant's attorney on February 28th, 2018 stating that there is nothing wrong with the way the Defendants leasing office staff at Beacon Hill Apartments handled the situation.

3. After the letter from the Defendant's attorney, the Plaintiff filed a complaint with the FHA (Fair Housing Authority) on March 22nd, 2018 about the incident.

4. Weeks later, the FHA did an investigation on the Defendants leasing office staff at Beacon Hill Apartments and found that that the actions of the Defendants leasing office staff at Beacon Hill Apartments did, in fact, discriminate against the Plaintiff's disability and violated Article V, Section 12-111(a)(2) of the Charlotte Fair Housing Act and Title III of the ADA (American with Disability Act)

5. The Plaintiff is suing the Defendant for Punitive damages of the amount of $400,000 (FOUR HUNDRED THOUSAND DOLLARS) plus legal fees, for disability discrimination towards the Plaintiff for having a disability.

## VERIFICATION

JOSE E RODRIGUEZ CASTILLO Says that he/she is the Plaintiff in this matter, that he/she has read and understood this COMPLAINT and knows the contents to be true of his/her own personal knowledge, except for those matters and things set forth upon information and belief, and as to those matters and things, he/she believes them to be true.

_____
Plaintiff

Sworn to and subscribed before me this 25 day of July 18

_____
Notary Public

My commission expires April 21 2020

*[Notary seal: ARKETHA HOOVER, NOTARY PUBLIC, MECKLENBURG COUNTY, NC]*